IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                   ) | |
|                         Plaintiff,               ) | |
|                                                                   )   | 8:07CR135 |
|             vs.                                            ) | |
|                                                                   )   | ORDER |
| JERRY ADAMS and                       ) | |
| MAURICE FAULKNER,                 ) | |
|                                                                   ) | |
|                         Defendants.       ) | |

This matter is before the court on the motion of defendant, Jerry Adams, to extend the deadline for filing pretrial motions [24]. For good cause shown, and upon the filing of defendant's waiver of speedy trial [25],

**IT IS ORDERED** that the motion [24] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **June 11, 2007** as to all defendants.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 11, 2007 and June 11, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED May 11, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**