IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR135 |
| vs. | ) | |
| | ) | ORDER |
| JERRY ADAMS and | ) | |
| MAURICE FAULKNER, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant Jerry Adams' second motion for extension of time to file pretrial motions [27].  The defendant has not shown good cause for another substantial extension of time.  In the interests of justice, the court will extend the deadline for an additional seven (7) days.

**IT IS ORDERED** that defendant's Motion [27] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to **June 18, 2007** as to all defendants.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **June 11, 2007 and June 18, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, July 24, 2007** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

**DATED June 12, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge