UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:07CR135 |
| vs. | ) ) ) ) | **FINAL ORDER OF FORFEITURE** |
| JERRY ADAMS, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 71). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 17, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I, XI, XII and XIII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 2002 Cadillac Deville VIN 1G6KD54Y12U304446, $2,198.00 in United States currency and miscellaneous jewelry items were forfeited to the United States.

2. On September 27, October 4 and 11, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on November 8, 2007 (Filing No. 70).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 71) is hereby sustained.

B. All right, title and interest in and to the 2002 Cadillac Deville VIN 1G6KD54Y12U304446, $2,198.00 in United States currency and miscellaneous jewelry items , held by any person or entity, are hereby forever barred and foreclosed.

C. The 2002 Cadillac Deville VIN 1G6KD54Y12U304446, $2,198.00 in United States currency and miscellaneous jewelry items , be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 14th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge