IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR135 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JERRY ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the time to file a motion for downward departure, which was filed instanter (Filing No. 76).

IT IS ORDERED that the Defendant's motion to extend the time to file a motion for downward departure (Filing No. 76) is granted.

DATED this 29th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge